# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DENKO DRYWALL COMPANY, | |
|     Plaintiff & Counterclaim Defendant, | Case No. 2:10-cv-00498-LRH-GWF |
| vs. | **AMENDED ORDER** |
| UNITED STATES OF AMERICA, | |
|     Defendants & Counterclaim Plaintiff. | |

This matter is before the Court on the Stipulation for Extension of Case Deadlines (#27) filed August 26, 2011. Consistent with Order #32 entered by Judge Dawson in <u>Desert Valley Painting & Drywall v. United States of America</u>, case no. 2:10-cv-00490-KJD-GWF,

**IT IS HEREBY ORDERED** that the following matters are scheduled and may not be changed without a showing of good cause and Court approval.

| | |
|---|---|
| Discovery Cut-off Date: | March 23, 2012 |
| Amending the Pleadings and Adding Parties: | December 23, 2011 |
| Fed. R. Civ. P. 26(a)(2) Disclosures (Experts): | January 24, 2012 |
| Fed. R. Civ. P 26(a)(2) Disclosures (Rebuttal Experts): | February 22, 2012 |
| Dispositive Motions: | May 8, 2012 |
| Pre-trial Order: | June 6, 2012 |

In the event dispositive motions are filed, the date for filing the proposed joint pre-trial Order shall be suspended until thirty (30) days after decision of the dispositive motion or further Order of the Court.

. . .

**IT IS FURTHER ORDERED** that the status hearing in this matter set for September 7, 2011, is therefore vacated.

DATED this 1st day of September, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge